IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:15-cv-02454-JLK

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAM2 INTERNATIONAL, LLC, | ) |
| n/k/a *COLORADO LV I, LLC*, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER comes before the Court on the direction that an Application for Entry of Default Judgment be filed by Plaintiff Union Pacific Railroad Company ("Union Pacific") seeking a default judgment against Defendant CAM2 International, LLC n/k/a Colorado LV I LLC ("CAM2"). The Court having taken the matter under advisement, now finds as follows:

1. Union Pacific filed its Complaint (Filing No. 1) against CAM2 on or about November 6, 2015.

2. CAM2 was served on or about November 12, 2015, (Filing No. 6).

3. No Answer has been filed with the clerk or served on or received by Union Pacific's attorneys in this action, and no current Entry of Appearance, Notice of Appearance, or Notice of Intent to Enter an Appearance has been filed with the Court.

4. The time for answering has expired without appearance of CAM2 filing a pleading or otherwise entering an appearance.

5. Union Pacific has requested the Clerk enter of default against CAM2 and seeks a judgment in Union Pacific's favor and against CAM2 in the principle amount of NINETY-THREE THOUSAND TWO HUNDRED TWENTY-ONE and 72/100ths DOLLARS ($93,221.72), (Filing No. 8).

6. In support ofit's the principle amount sought, Union Pacific has submitted and the Court has accepted the Affidavit of Pamela M. Mohan, which outlines damages totaling a principle amount of NINETY-THREE THOUSAND TWO HUNDRED TWENTY-ONE and 72/1OOths DOLLARS ($93,221.72).

7. In further support of its Motion, Union Pacific has submitted and the Court has accepted the Affidavit of Kyle Wallor in accordance of LCivR 55.1.

8. Having considered Union Pacific's Motion, the Court finds that said Motion should be, and hereby is granted.

IT THEREFORE ORDERED AND ADJUDGED that a judgment in the principle amount of NINETY-THREE THOUSAND TWO HUNDRED TWENTY-ONE and 72/1OOths DOLLARS ($93,221.72), plus costs totaling $440.00 as set forth in Union Pacific's Bill of Costs, post-judgment interest pursuant to 28 U.S.C. § 1961 at a rate of .66, the average I-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System.

SO ORDERED this 7th day of January, 2016.

JEFFREY P. COLWELL, CLERK

s/Jennifer Hawkins
By Jennifer Hawkins, Deputy C